UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| IMOGENE SUTTLE, et al., | } | |
| Plaintiffs, | } | |
| v. | } | CASE NO. CV 97-JEO-2034-M |
| CITY OF GADSDEN, | } | |
| Defendant. | } | |

**MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accordance with the recommendation, all fictitious parties listed in the complaint are due to be struck, the defendant's Motion to Dismiss is due to be denied, the defendant's Motion to Dismiss Amended Complaint is due to be held moot, and the plaintiffs' Motion to Amend Complaint is due to be granted. An appropriate order will be entered.

DONE this 14th day of June, 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE